IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

```
VANUZIA DE MORAES,            )
                              )
              Plaintiff,      )
                              )
     v.                       )      1:24-cv-271
                              )
SIMON MAYO ALEMAN, and        )
AMAYRA FONZ TELLO,            )
                              )
              Defendant.      )
```

### ORDER

On May 14, 2025, the United States Magistrate Judge's Order and Recommendation ("Recommendation") was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. (Docs. 4, 5). No objections were filed within the time limits prescribed by Section 636.

Therefore, the court need not make a de novo review and the Magistrate Judge's Recommendation is hereby adopted.

**IT IS HEREBY ORDERED** that the Magistrate Judge's Recommendation, (Doc. 4), is **ADOPTED. IT IS FURTHER ORDERED** that Plaintiff's Complaint, (Doc. 2), is **DISMISSED** as frivolous and for failure to state a claim on which relief can be granted pursuant to 28 U.S.C. § 1915(e)(2)(B).

A Judgment dismissing this action will be filed contemporaneously with this Order.

This the 9th day of June, 2025.

／s／ William L. Osteen, Jr.
United States District Judge